

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-21-00262-CV

**IN THE MATTER OF H.S.M**.

From the 436th District Court, Bexar County, Texas
Trial Court No. 2019JUV00832
Honorable Lisa Jarrett, Judge Presiding

## O R D E R

On March 30, 2022, the State filed an amended brief. Although the cover page indicates the brief is redacted, the brief includes sensitive data, specifically the name of a minor, and such data has not been redacted to protect the minor's identity. *See* TEX. R. APP. P. 9.10 (indicating sensitive data, such as the name of any person who was a minor when underlying suit was filed, may not be filed with court and must be redacted).

We therefore **order** the State's brief stricken. We further **order** the State to file an amended brief in compliance with Texas Rule of Appellate Procedure 9.10 by **May 2, 2022.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court